|  | Hon. David W. Christel<br>U.S. Magistrate Judge |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LIAM RILEY and SARAH RILEY, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, a municipal corporation; and TACOMA FIRE DEPARTMENT, a municipal department,<br><br>Defendants. | NO. 3:19-CV-06193<br><br>MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO LCR 83.2(b)(1)<br><br>AND DECLARATION OF COUNSEL<br><br>NOTED FOR HEARING:<br>**FRIDAY, NOVEMBER 27, 2020** |

## I.  MOTION TO WITHDRAW

COMES NOW Attorney Rebecca M. Larson and DAVIES PEARSON , P.C., and respectfully moves the court for an order allowing counsel to withdraw as attorneys of record for Plaintiffs Liam and Sarah Riley in the above referenced matter.  This motion is made pursuant to LCR 83.2(b)(1) and based on the subjoined declaration of counsel.

MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO LCR 83.2(b)(1) AND DECLARATION OF COUNSEL
Page 1 of 5
NO. 3:19-CV-06193
jw / s:\25xxx\254xx\25409\1\pleadings\mot to withdraw\mot and decl. to wd.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

RESPECTFULLY SUBMITTED this 11th day of November, 2020.

By:   /S/  REBECCA M. LARSON
REBECCA M. LARSON, WSBA# 20156

DAVIES PEARSON, P.C.
Attorneys for Plaintiffs
920 Fawcett Avenue, PO Box 1657
Tacoma, WA  98401
Tel:  (253) 620-1500
Fax: (253) 572-3052
rlarson@dpearson.com

## II.  DECLARATION OF COUNSEL

COMES NOW Rebecca M. Larson, under penalty of perjury under the laws of the State of Washington, and deposes and testifies as follows:

1. I am the attorney of record for Plaintiffs Liam and Sarah Riley in this matter, I make this declaration based upon personal knowledge, and I am competent to make the same.

2. Due to changes within my firm's practice area, I informed Plaintiff Liam Riley in early 2020 that I would not be able to continue to represent him and his wife Sarah in this matter going forward through trial, but that I would remain as his representative

---

MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO LCR 83.2(b)(1) AND DECLARATION OF COUNSEL
Page 2 of 5
NO. 3:19-CV-06193
jw / s:\25xxx\254xx\25409\1\pleadings\mot to withdraw\mot and decl. to wd.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

until he could seek replacement counsel.  Mr. Riley advised me that he was interviewing other counsel after I advised him of my intent to withdraw.

3. In light of the COVID-19 pandemic situation and its effect on litigation in general, I did not withdraw earlier in the year, hoping that Mr. Riley would be able to retain replacement counsel.  Many months have now passed, however, and Mr. Riley advises that he is still seeking substitute counsel, so far unsuccessfully.

4. In addition to changes occurring within my firm, it also recently has become clear that Mr. Riley and I do not view this case in the same manner and do not agree on the best path for moving forward.  Without violating attorney/client privilege, it is my belief that I cannot continue to represent Mr. Riley and his wife and to prosecute this litigation on their behalf.   For that reason, I am moving the court for leave to withdraw.

5. This matter is currently set for trial on October 18, 2021, over 11 months in the future.  Pursuant to the Order Amending Case Schedule (Dkt. 21), the next deadline of any type is not until the Expert Witness Disclosure/Report Deadline of March 15, 2021, and the discovery deadline is May 17, 2021.   Written discovery has been conducted, and both Plaintiffs and Defendants have recently exchanged interrogatory answers and document production.  As such, I believe that this is an appropriate time for me to withdrawal and that it will not prejudice any of the parties involved.

MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO LCR 83.2(b)(1) AND DECLARATION OF COUNSEL
Page 3 of 5
NO. 3:19-CV-06193
jw / s:\25xxx\254xx\25409\1\pleadings\mot to withdraw\mot and decl. to wd.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

6. Prior to the filing of this motion, I advised Mr. and Mrs. Riley that I intended to move to withdraw, and I have also advised defense counsel of the same. I hereby certify that a copy of this motion has been served on both Mr. and Mrs. Riley and opposing counsel, as indicated below in the Certificate of Service.

7. As the Plaintiffs will be left at least temporarily without representation, I am including their current contact information in compliance with the Local Rules.

> Liam and Sarah Riley
> 7105 44th Avenue E.
> Tacoma, WA 98443
> (206) 769-6376 (Liam Riley Cell Phone)
> (253) 307-1846 (Sarah Riley Cell Phone)

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED at Tacoma, Washington this 11th day of November, 2020.

By: /S/ REBECCA M. LARSON
REBECCA M. LARSON, WSBA# 20156

---

MOTION TO WITHDRAW AS PLAINTIFFS'
COUNSEL OF RECORD PURSUANT TO LCR
83.2(b)(1) AND DECLARATION OF COUNSEL
Page 4 of 5
NO. 3:19-CV-06193
jw / s:\25xxx\254xx\25409\1\pleadings\mot to withdraw\mot and decl. to wd.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

|    |    |
|----|----|
| 1  | **CERTIFICATE OF SERVICE** |
| 2  | I hereby certify that on this date I electronically filed the foregoing with the Clerk |
| 3  | of the Court using the CM/ECF system which will send notification of such filing to the |
| 4  | following: |
| 5  | **Jennifer J Taylor** **jtaylor@ci.tacoma.wa.us**, **gcastro@ci.tacoma.wa.us**, |
| 6  | **sblack@ci.tacoma.wa.us** |
| 7  | **Michelle Yotter** **myotter@cityoftacoma.org**, **BPittman@ci.tacoma.wa.us**, |
| 8  | **gcastro@ci.tacoma.wa.us**, **sblack@cityoftacoma.org** |
| 9  | and I hereby certify that I have mailed by United States Postal Service the document to the |
| 10 | following non CM/ECF participants: **N/A** |
| 11 | I also hereby certify that on this date I sent copies of the foregoing filing to Plaintiffs |
| 12 | via e-mail at the following: |
| 13 | **Liam Riley - locofomocoracing@gmail.com** |
| 14 | **Sarah Riley - sarahandliamriley@gmail.com** |
| 15 | and I hereby certify that I have mailed by United States Postal Service the documents to |
| 16 | Mr. and Mrs. Riley at the following address: |
| 17 | 7105 44th Avenue E. |
| 18 | Tacoma, WA  98443 |
| 19 |    |
| 20 | SIGNED at Tacoma, Washington this 11th day of November, 2020. |
| 21 | By: /S/ JODY M. WATERMAN |
|    | JODY M. WATERMAN, Legal Assistant |

MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO LCR 83.2(b)(1) AND DECLARATION OF COUNSEL
Page 5 of 5
NO. 3:19-CV-06193

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

jw / s:\25xxx\254xx\25409\1\pleadings\mot to withdraw\mot and decl. to wd.docx